UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DARRYL JOHNSON,

                      Petitioner,            22-CV-10754 (JLR)(SN)

      -against-                                      ORDER

M. CAPRA,

                      Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 18, 2024, Respondent submitted a letter indicating that Petitioner was transferred from Sing Sing Correctional Facility to Greene Correctional Facility. Petitioner therefore had not received prior correspondence from Respondent regarding the Court's November 8, 2024 Order at ECF No. 35. Respondent has now informed the Court that Petitioner does not believe additional briefing is necessary to address Petitioner's ineffective assistance of counsel claim. See ECF No. 40, at 5.

      Because Respondent wishes to file additional briefing on Petitioner's ineffective assistance of counsel claim, the Court grants Petitioner an opportunity to do so if he chooses. Petitioner may, but is not required to, file a brief not to exceed ten pages addressing the merits of his ineffective assistance of counsel claim by January 21, 2025. Regardless of whether Petitioner submits a brief, Respondent may file a brief not to exceed ten pages addressing this same issue by February 5, 2025.

2

The Clerk of Court is respectfully requested to correct Petitioner's address to 18-A-0997, Greene Correctional Facility, P.O. Box 8, Coxsackie, NY 12051-0008.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 19, 2024
         New York, New York

2