UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/25/2026

DARRYL JOHNSON,

                                    Petitioner,                    22-CV-10754 (JLR)(SN)

               -against-                                           **ORDER**

M. CAPRA,

                                    Respondent.
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Based on the Department of Corrections and Community Supervision's "Incarcerated Lookup" webpage, Petitioner has a conditional release date scheduled for August 23, 2026. Accordingly, by no later than Thursday, July 2, 2026, the parties are ordered to file a status letter indicating what impact, if any, Petitioner's upcoming conditional release will have on his pending habeas petition.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        June 25, 2026
              New York, New York