**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

DARRYL JOHNSON,

Petitioner,

-against-

M. CAPRA,

Respondent.

-----------------------------------------------------------------X

22 **CIVIL** 10754 (JLR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 6, 2026, the Report and Recommendation is ADOPTED in its entirety. Petitioner has not "made a substantial showing of the denial of a constitutional right" and, accordingly, a certificate of appealability will not issue. 28 U.S.C. § 2253(c); see, e.g., Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). In addition, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). For all these reasons, the Court has hereby DENIED Petitioner's petition for a writ of habeas corpus; accordingly, the case is closed.

**Dated:** New York, New York
August 12, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**